1010

Evan SELNESS, Appellant, v. UNITED STATES of America, Appellee.

No. 7167.

Circuit Court of Appeals, Ninth Circuit.
. Nov. 22, 1933.

Harry G. McCain, of Ketchikan, Alaska, for appellant.

Wm. A. Holzheimer, U. S. Atty., and Geo. W. Folta, Asst. U. S. Atty., both of Juneau, Alaska, and H. H. McPike, U. S. Atty., and Robert L. McWilliams, Asst. U. S. Atty., both of San Francisco, Cal.

Before WILBUR and GARRECHT, Circuit Judges and NORCROSS, District Judge.

PER CURIAM.

Upon motion of counsel for appellee for affirmance of the order of the District Court upon the authority of In re Harding, 120 U. S. 782, 7 S. Ct. 780, 30 L. Ed. 824, and Braun v. U. S. A., 16 F.(2d) 118, and Wagner et al. v. U. S. A., 67 F.(2d) 656, decided by this court on November 21, 1923, and good cause therefor appearing, ordered: Judgment of District Court affirmed; that a decree of affirmance be filed and entered accordingly.

SHELLMAR PRODUCTS COMPANY v. ALLEN-QUALLEY COMPANY.

No. 4215.

Circuit Court of Appeals, Seventh Circuit.
Jan. 22, 1934.

Franklin M. Warden, of Chicago, Ill., for petitioner.

M. K. Hobbs, of Chicago, Ill., for respondent.

Before ALSCHULER, SPARKS, and FITZHENRY, Circuit Judges.

PER CURIAM.

This cause coming on to be heard upon the said petition and the answer thereto, and the court having heard the arguments of counsel, and being fully advised in the premises, it is ordered by the court that leave be, and it is hereby granted to the petitioner herein to apply to the District Court in and for the Northern District of Illinois, Eastern Division, for leave to present and file in said District Court petitioner's bill of review as prayed in its said petition herein.

Saul SIMON, Appellant, v. VOGUE SILK HOSIERY CO. et al., etc.

No. 5114.

Circuit Court of Appeals, Third Circuit.
Dec. 26, 1933.

Samuel Milberg, of Jersey City, N. J., for appellant.

Shelton Pitney and William H. Osborne, Jr., both of Newark, N. J., for appellees.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

BUFFINGTON, Circuit Judge.

In this bankruptcy case the referee found the alleged bankrupt was insolvent. On certification of that question, the court approved the referee's finding.[1] Thereupon this appeal was taken.

After due consideration of the record and briefs, we are satisfied no error was committed by the referee or the court below, and as no question of principle or practice is concerned, we limit ourselves to affirming the court's decree.